DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MILENNYS LAHERA,**
Appellant,

v.

**SECURED INVESTMENT FUNDING, LLC,** a Florida limited liability
company, **PARAMOUNT OF FLORIDA PRESERVATION
CORPORATION,** a Florida Corporation, **JORGE A. CARRASCO,**
individually, **CEMEX CONSTRUCTION MATERIALS FLORIDA, LLC**,
a Florida limited liability company, **ROSEN MATERIALS, LLC,** a Florida
limited liability company, and **UNKNOWN TENANTS IN POSSESSION,**
Appellees.

No. 4D20-2235

[April 15, 2021]

Appeal of a non-final order from the Circuit Court for the Fifteenth
Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T.
Case No. 502019CA004800XXXXMB.

Milennys Lahera, Weston, pro se.

Brian D. Gottlieb of Reifkind, Thompson & Rudzinski, LLP, Fort
Lauderdale, for appellee Secured Investment Funding LLC.

PER CURIAM.

*Affirmed.*

FORST, KUNTZ and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***